

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00332-CV

**KATRINA AHRENS,**

**Appellant**

 **v.**

**DALLAS POLICE ASSOCIATION, DPA'S
ASSIST THE OFFICER FOUNDATION, INC.,
FREDERICK FRAZIER, CITY OF DALLAS,
AND ZAC PRODUCTS II, LLC,**

**Appellees**

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. DC-C201700365

## MEMORANDUM OPINION

Katrina Ahrens appealed the trial court's Order Granting Emergency Motion for Protective Order signed on October 3, 2017, regarding sealing or barring the disclosure of the depositions of a defendant and a non-party in the underlying case. The trial court subsequently recused itself, and the matter was transferred to a new trial court. In orders issued August 22, 2018 and October 17, 2018, we abated this appeal for the new trial court's consideration of the issues decided by the former trial court's October 3, 2017

order.

By a Joint Status Report, we have been informed by the parties that they have resolved the issues presented in this appeal. Accordingly, this appeal is reinstated and dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal reinstated and dismissed
Opinion delivered and filed November 7, 2018
[CV06]

